RECEIVED

SEP 2 3 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION NO. 14-CV-00082 |
| VERSUS | JUDGE DOHERTY |
| LENO H. CONGTANG | MAGISTRATE JUDGE HANNA |

**JUDGMENT**

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and considering all objections from the parties, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly, the Motion For Entry of Default Judgment Against Leno H. Contang [Rec. Doc. 6] is GRANTED, and judgment is entered in favor of the United States and against Leno H. Congtang in the amount of eight hundred fifty-five thousand, two hundred forty-five dollars and eight cents ($855,245.08) together with post-judgment interest at the underpayment rate provided in the Internal Revenue Code of 1986 at 26 U.S.C. § 6621(a)(2).

Signed this 23 day of September, 2014.

Rebecca F. Doherty
United States District Judge